# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | CV 23-04305-HDV (SKx) | Date | April 8, 2025 |
| Title: | Bon Appetit Danish, Inc. et al v. Delta Systems and Automation, LLC | | |

| | |
|---|---|
| Present: The Honorable | Hernán D. Vera, United States District Court Judge |

| | |
|---|---|
| Wendy K. Hernandez | Terri Hourigan |
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Michael Gelbelson / Tommy Du | Russell Gould, II / Bryan Merryman |

**Day Court Trial**    1st    **Day Jury Trial**

One day trial:  __X__  Begun (1st day);  __X__  Held & Continued;  _____  Completed by jury verdict/submitted to court.

__X__ The Jury is impaneled and sworn.

__X__ Opening statements made by

__X__ Witnesses called, sworn and testified.  __X__  Exhibits identified.  __X__  Exhibits admitted.

_____ Plaintiff(s) rest.      _____ Defendant(s) rest.

_____ Closing arguments made by      _____ plaintiff(s)      _____ defendant(s).      _____ Court instructs jury.

_____ Bailiff(s) sworn.      _____ Jury retires to deliberate.      _____ Jury resumes deliberations.

_____ Jury Verdict in favor of      _____ plaintiff(s)      _____ defendant(s) is read and filed.

_____ Jury polled.      _____ Polling waived.

_____ Filed Witness & Exhibit Lists      _____ Filed jury notes.      _____ Filed jury instructions.

_____ Judgment by Court for      _____ plaintiff(s)      _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by      _____ plaintiff(s)      _____ defendant(s).

_____ Case submitted.      _____ Briefs to be filed by

_____ Motion to dismiss by _____ is _____ granted. _____ denied. _____ submitted.

_____ Motion for mistrial by _____ is _____ granted. _____ denied. _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____ is _____ granted. _____ denied. _____ submitted.

_____ Settlement reached and placed on the record.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

__X__ Case continued to   04/09/25 at 8:30am   for further trial/further jury deliberation.

__X__ Other:      Juror #3 thanked and excused.

                 The Court instructs counsel to submit a revised Exhibit 10.

                                                       7   :   00

Initials of Deputy Clerk      WH