JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BON APPETIT DANISH, INC. and BON APPETIT SPECIALTY SNACKS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DELTA SYSTEMS & AUTOMATION LLC,<br><br>Defendant. | Case No. 2:23-cv-04305-HDV-SK<br><br>**JUDGMENT** |
| DELTA SYSTEMS & AUTOMATION LLC,<br><br>Counter-Claimant,<br><br>v.<br><br>BON APPETIT DANISH, INC. and BON APPETIT SPECIALTY SNACKS, LLC,<br><br>Counter-Defendants. | |

1   On April 8, 2025, this matter was called for trial and continued through April 15, 2025.
2   [Dkt. Nos. 139–141, 143, 145, 147].
3   In accordance with the jury verdict and the Court's prior orders, IT IS ORDERED,
4   ADJUDGED, and DECREED that Judgment be entered as follows:
5   In favor of Delta and against Bon Appetit on Bon Appetit's claims for fraud as to all three
6   systems, negligent misrepresentation as to all three systems, breach of express warranties as to the
7   Donut System, and breach of contract as to the Cake and Rheon Systems. [Dkt. Nos. 114, 128,
8   131].
9   In favor of Bon Appetit and against Delta on Bon Appetit's breach of contract claim as to
10  the Donut System and on Delta's counterclaim as to all three systems. [Dkt. No. 147]. Bon
11  Appetit shall have and recover from Delta the sum of $628,777.80, plus post-judgment interest
12  under 28 U.S.C. § 1961 accruing the day judgment is entered up until the date judgment is
13  satisfied. Such amount does not include any pre-judgment interest, costs, or attorney's fees which
14  may be awarded by separate motion to be brought within fourteen (14) days of the entry of this
15  Judgment.

17  **IT IS SO ORDERED.**

19  Dated: April 30, 2025

    _____
    Hernán D. Vera
    United States District Judge

2